FILED
DISTRICT COURT OF GUAM
FEB 27 2004
MARY L. M. MORAN
CLERK OF COURT

$113,102.NOT

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> $113,102.00 UNITED STATES ) <br> CURRENCY, ) <br> ) <br> Defendant. ) | CIVIL CASE NO. 04-00008 <br><br> **NOTICE OF ARREST** |

Notice is hereby given that the United States of America on the 27th day of February, 2004, filed an action pursuant to 21 U.S.C. §§ 881(a)(6), for the forfeiture of the defendant $113,102.00 UNITED STATES CURRENCY. All claimants to this property must file their claims pursuant to Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims, within ten (10) days from the date of publication of this Notice, or within ten (10) days of actual notice of this action, whichever occurs first, and must serve and file their answers within twenty (20) days after the filing of the claim. All such claims and answers must be filed with the Office of the Clerk, United States District Court for the District of Guam, 520 West Soledad Avenue, Hagatna, Guam 96910, with a copy thereof sent to Assistant United States Attorney Karon V. Johnson, Sirena Plaza, Suite 500, 108 Hernan Cortez, Hagåtña, Guam 96910.

-1-

ORIGINAL

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), Sections 1316-71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

DATED at Hagatna, Guam, this 27th day of February, 2004.

MARY L.M. MORAN
Clerk of the Court

By: _____
Deputy Clerk

RECEIVED
FEB 27 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM