FILED
DISTRICT COURT OF GUAM
MAR 10 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Civil Case No. 04-00008 |
| Plaintiff, | ( | STIPULATION AND ORDER |
| vs. | ( | |
| $113,102.00 UNITED STATES CURRENCY, | ( | |
| Defendant. | ( | |

It is stipulated that McCarthy O. Carter is a person who claims a right of possession and an ownership interest in the property that is the subject of this action;

That McCarthy O. Carter need not file his verified statement of right or interest until the 10th day after plaintiff shall notify him in writing to do so; and

That McCarthy Ocaya Carter need not file an answer to the complaint for forfeiture until the 20th day after he files his verified statement of interest or right.

The reason for this stipulation is that the parties wish to suspend the prosecution of this action and determination of McCarthy Ocaya Carter's claim during the pendency of that certain criminal proceeding entitled United States of America vs. McCarthy

(STIPULATION AND ORDER)
Civil Case No. 04-00008

Ocaya Carter, Criminal Case No. 03-00103 in this Court.

Dated at Hagåtña, Guam, this 5th day of March, 2004.

_____        _____
KARON V. JOHNSON                       MCCARTHY OCAYA CARTER
ASSISTANT U.S. ATTORNEY                Claimant
Attorney for plaintiff

APPROVED AND SO ORDERED.

Dated at Hagåtña, Guam, this 9th day of March, 2004.

_____
JOHN S. UNPINGCO, Chief Judge
District Court of Guam

(DOCUMENTS\Stip&Order.MCarter)

**RECEIVED**
MAR - 5 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2