FILED
DISTRICT COURT OF GUAM

MAR 1 1 2004

MARY L. M. MORAN
CLERK OF COURT

1  $113,102.WAR

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Agana, Guam  96910
   Telephone:  (671) 472-7332/7283
6  Telecopier:  (671) 472-7334

7  Attorneys for United States of America

8              **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE DISTRICT OF GUAM**

10

11  UNITED STATES OF AMERICA,        )    CIVIL CASE NO. **04-00008**
                                     )
12              Plaintiff,           )
                                     )
13        vs.                        )    **WARRANT OF ARREST IN REM**
                                     )
14  $113,102.00 UNITED STATES        )
    CURRENCY,                        )
15                                   )
                Defendant.           )
16  _____     )

17  TO:   THE UNITED STATES MARSHAL FOR THE DISTRICT OF GUAM AND/OR ANY
18        OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

19        **WHEREAS,** a verified complaint has been filed in this Court praying that process issue

20  for the arrest of property that is the subject of this action:

21        **NOW, THEREFORE,** we do hereby command that you seize the property, which is

22  described as $113,102.00 UNITED STATES CURRENCY, until further order of the Court

23  respecting the same.

24        All persons claiming an interest in said property must file their claims, pursuant to Rule C

25  of the Supplemental Rules of Certain Admiralty and Maritime Claims, within ten (10) days after

26  the execution of the warrant or actual notice of this action, whichever occurs first, and must serve

27

28                              -1-

**ORIGINAL**

and file an answer within twenty (20) days after the filing of the claim with the Office of the Clerk, United States District Court for the District of Guam, 520 West Soledad Avenue, Hagatna, Guam 96910.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.) §§ 1316.71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

You are also commanded to give due notice to all persons and entities having an interest in the property under seizure by publication in a newspaper of general circulation in the judicial district where the defendant property was seized.

DATED this 27th day of February, 2004

UNITED STATES DISTRICT COURT CLERK

By: _____
DEPUTY CLERK

$113,102.00 UNITED STATES CURRENCY was located at the residence of McCarthy O. Carter, 209 Totot Loop, Ghura 501, Dededo, on 11/21/03. The property ($113,102.00) was relinquished to the custody of the United States Marshals Service for safekeeping.

Dated: 3-10-04                    _____
                                  JOE MENO, Special Agent
                                  Drug Enforcement Administration

RECEIVED
FEB 27 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-