$113,102.CON

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR -7 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> $113,102.00 UNITED STATES, ) <br> CURRENCY, ) <br> ) <br> Defendant. ) | CIVIL CASE CASE NO. 04-00008 <br><br> **CONSENT DECREE OF FORFEITURE** |

**WHEREAS**, on December 9, 2005, in Criminal Case No. 05-00087, Claimant McCarthy O. Carter waived Indictment and entered a guilty plea to an Information charging him with possession of .41 grams of methamphetamine hydrochloride a/k/a "ice", a schedule II controlled substance, in violation of Title 21, United States Code, Section 844(a).

**WHEREAS**, at paragraph 2 of said Plea Agreement filed on December 9, 2005, Claimant McCarthy O. Carter agreed that any and all assets or portions thereof acquired or obtained as a direct or indirect result of illegal trafficking in drugs or used to facilitate such illegal activity shall be surrendered to the United States or any lawful agency as my be directed by the Court.

\\

-1-

WHEREAS, Claimant McCarthy O. Carter agrees that the correct amount to be forfeited to the United States is $113,102.00.

NOW THEREFORE, the United States of America by its attorney Karon V. Johnson, Assistant United States Attorney for the District of Guam, claimant McCarthy O. Carter, and his attorney, Howard Trapp, hereby agree and stipulate that:

A. The claimant McCarthy O. Carter has a legal interest in the following property: **One Hundred Thirteen Thousand and One Hundred Two Dollars ($113,102.00) in United States Currency**.

B. The defendant $113,102.00 in United States Currency, was acquired or maintained or constitute or are derived from property obtained, directly or indirectly, in violation of Title 21, U.S.C. § 853 and 18 U.S.C. § 982, and are forfeitable thereby.

C. The Claimant, McCarthy O. Carter hereby consents to forfeiture of the defendant $113,102.00 in United States Currency, including any and all income generated by said properties, and to entry by the Court of a Judgement of Forfeiture, pursuant to 18 U.S.C. § 982, for the defendant $113,102.00 in United States Currency.

EXECUTED THIS 6TH day of March, 2006.

_____
MCCARTHY O. CARTER
Claimant

_____
HOWARD TRAPP
Attorney for Defendant

LEONARD M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

-2-