$113,102.PRE

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 13 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> $113,102.00 UNITED STATES ) <br> CURRENCY, ) <br> ) <br> Defendant. ) | CIVIL CASE NO. 04-00008 <br><br> **PRELIMINARY ORDER OF FORFEITURE** |

WHEREAS, the United States sought forfeiture of specific property of the above-named defendant pursuant to Title 21, United States Code, § 881(a)(6) for the forfeiture of United States currency which was used or intended to be used in exchange for controlled substances or which represents proceeds of trafficking in controlled substances or was used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, Title 21, United States Code, §§ 801 et seq., and is, therefore, subject to forfeiture to the United States of America pursuant to Title 21, United States Code, §§ 881(a)(6); and

WHEREAS, the defendant $113,102.00 in United States Currency, which is the total amount seized from defendant McCarthy O. Carter, in Criminal Case No. 05-00087.

-1-
**ORIGINAL**

WHEREAS, on March 10, 2004, defendant McCarthy O. Carter entered into a stipulation claiming a right of possession and an ownership interest in the $113,102.00;

WHEREAS, McCarthy O. Carter has entered into a plea agreement in Criminal Case Number 05-00087, and has agreed to not contest the administrative or court forfeitures of this $113,102.00;

WHEREAS, defendant McCarthy O. Carter is currently being housed at the Guam Detention Facility pending sentencing in Criminal Case No. 05-00087; and

WHEREAS, the United States Attorney's office served a copy of the Verified Complaint of Forfeiture, Notice of Arrest, and Warrant of Arrest on claimant McCarthy O. Carter's attorney, Howard Trapp, on March 2, 2004.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED**:

1. That $113,102.00 in United States currency is forfeited to the United States of America pursuant to Title 21, United States Code, §§ 881(a)(6) for disposition in accordance with the law.

2. That all of the aforementioned forfeited property is to be held by the United States Marshals Service, in their secure custody and control.

3. That pursuant to Title 21, United States Code, § 853(n)(1), the United States Marshal forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the Marshals' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each

of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

4. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, § 853(h), in which all interests will be addressed.

**SO ORDERED** this \_\_13th\_\_ day of March, 2006.

JAMES L. ROBART
Designated Judge
District Court of Guam