# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| USA, | Civil Case No. 1:04-cv-00008 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| $113,102.00 United States Currency, | |
| Defendant. | |

Judgment is hereby entered in accordance with the Final Order of Forfeiture filed January 5, 2006.

Dated this 6th day of June, 2006, Hagatna, Guam.

**/s/ Mary L.M. Moran**
Clerk of Court
