GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>$113,102.00 United States Currency,<br><br>　　　　　Defendant. | Case No. 1:04-cv-00008 |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the dates indicated below this court entered on the docket of the above-entitled case the following order and judgment:

> Final Order of Forfeiture filed January 5, 2006
> Date of Entry: January 6, 2006
>
> Judgment filed January 6, 2006
> Date of Entry: January 6, 2006

The original order and judgment are on file at the Clerk's Office of this court. The documents may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** June 6, 2006　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Mary L.M. Moran**