# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| USA,<br><br>  Plaintiff,<br><br> vs.<br><br>$113,102.00 United States Currency,<br><br>  Defendant. | Civil Case No. 1:04-cv-00008<br><br><br>**A M E N D E D   J U D G M E N T** |

Judgment is hereby entered in accordance with the Final Order of Forfeiture filed June 5, 2006.

Dated this 7th day of June, 2006, Hagatna, Guam.

> **/s/ Mary L.M. Moran**
> Clerk of Court