# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>vs.<br><br>$113,102.00 United States Currency,<br><br>Defendant. | Case No. 1:04-cv-00008<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Final Order of Forfeiture filed June 5, 2006, Judgment filed June 6, 2006, and Notice of Entry filed June 6, 2006, on the dates indicated below:

U.S. Attorney's Office
Final Order of Forfeiture – June 6, 2006
Judgment and Notice of Entry  - June 7, 2006

U.S. Marshals Service
Final Order of Forfeiture  (3 certified copies)
June 7, 2006

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Final Order of Forfeiture filed June 5, 2006, Judgment filed June 6, 2006, and Notice of Entry filed June 6, 2006

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: June 7, 2006                                                         /s/ Virginia T. Kilgore
                                                                                      Deputy Clerk