# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>vs.<br><br>$113,102.00 United States Currency,<br><br>Defendant. | Case No. 1:04-cv-00008<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Amended Judgment and Notice of Entry, filed June 7, 2006, on the dates indicated below:

U.S. Attorney's Office
June 8, 2006

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Amended Judgment and Notice of Entry filed June 7, 2006

were served on the above listed entity in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: June 9, 2006  /s/ Renee M. Martinez
  Deputy Clerk